# GROUNDS FOR DENIAL OR TERMINATION OF ASSISTANCE

13- 121 PJS

**enial of Assistance for an Applicant may include:**

enying placement on the PHA waiting list, denying a voucher or withdrawing a voucher, refusing to enter into Housing Assistance Payments (HAP) contract or approve a lease, and refusing to process or provide ssistance under portability procedures.

**he PHA MUST Deny Assistance to Applicants, and Terminate Assistance for Participants:**

If any member of the family fails to sign and submit HUD or PHA required consent forms for obtaining information.

If no member of the family is a U.S. citizen or eligible immigrant.

If the family is under contract and 180 days have elapsed since the PHA'S last housing assistance payment was made.

If the family has been evicted from housing assisted under the program for serious violation of the lease.

The family will permanently be denied if the family has been convicted of manufacturing or producing methamphetamine in violation of any Federal or State law.

**he PHA may at any time Deny Program Assistance for an Applicant, or Terminate program ssistance for a Participant, for any of the following reasons:**

. If the family violates any family obligations under the Section 8 program.

. If the PHA has ever terminated assistance under the Section 8 Program for any member of the family.

. If any member of the family commits fraud, bribery, or any other corrupt or criminal act in connection with housing assistance programs.

. If any member of the family engages in drug-related criminal activity or violent criminal activity. And if any member of the family whose drug or alcohol abuse interferes with the health, safety or peaceful enjoyment of other residents.

. If the family currently owes rent or other amounts to the PHA or to any other PHA in connection with Section 8 or Public Housing assistance under the 1937 Housing Act.

. If the family breaches an agreement with the PHA to pay amounts owed to any PHA or amounts paid to an owner by any PHA.

. If the family has engaged in or threatened abusive or violent behavior toward PHA personnel.

. If the family does not cooperate with the PHA'S request to inspect the unit at reasonable times or if the family is responsible for a violation of Housing Quality Standards (HQS) caused by: a.) Failure to pay for utilities that are to be paid by the tenant; b.) Failure to provide and maintain any appliances that are to be provided by the tenant; c.) Any member of the household or guest damaging the dwelling unit or premises beyond normal wear and tear. If the HQS violation caused by the family is life threatening, the family must correct the defect within no more than 24 hours. For other family-caused defects, the family must correct the defect within the time specified by the PHA, not to exceed 30 days.

**I HAVE READ AND UNDERSTAND THE GROUNDS ON WHICH THE PHA MAY DENY OR TERMINATE ASSISTANCE BECAUSE OF FAMILY ACTION OR FAILURE TO ACT.**

_____  Date _____
Signature of Head of Household

_____  Date _____
Household Member 18 and over

_____  Date _____
Household Member 18 and over

SCANNED
JAN 1 4 2013
U.S. DISTRICT COURT MPLS

Exh. 607