UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INEZ HUNTER, ET AL.,                                        Civil No. 13-0121 MJD/AJB

    Plaintiffs,

    v.                                                      O R D E R

STATE OF MINNESOTA, ET AL.,

    Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 29, 2013, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff Dannez Hunter's application to proceed in forma pauperis, (Docket No. 2), is DENIED; and

2. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: September 3, 2013.

                                             s/Michael J. Davis
                                             Michael J. Davis
                                             Chief Judge
                                             U. S. District Court