⚖AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Inez Hunter, Dannez Hunter

V.

State of Minnesota, Washington County,
Washington County Housing and
Redevelopment Authority, City of Saint Paul,
Saint Paul Public Housing Agency, U.S.
Department of Justice, Minnesota Attorney
General, L.L.C.

**JUDGMENT IN A CIVIL CASE**

Case Number:   13-121 MJD/AJB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff Dannez Hunter's application to proceed in forma pauperis is DENIED; and
2. This action is DISMISSED WITHOUT PREJUDICE.

|  |  |
|---|---|
| September 5, 2013 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/A. Linner |
|  | (By)        A. Linner   Deputy Clerk |